| | |
|---|---|
| From: | ar.devenuta37 <ar.devenuta37@gmail.com> |
| Sent: | Friday, January 22, 2016 9:22 AM |
| To: | Crystal Watkins |
| Subject: | Legal |
| | |
| Importance: | High |

Crystal,

After speaking to you on our recorded line, I attempted to reach out to RISC. I spoke to Francheska, who told me that CAC has cancelled the site inspection. It is quite obvious to us that you did not inform me correctly.

That stated, in anticipation of future legal challenges instigated by Allied or Credit Acceptance, we have put all units in our possession on "lien status.".

During this period, no vehicles can be redeemed by your customers and there will be no transport of any vehicle in our possession, hence, we will maintain in possession. In addition, since Credit Acceptance has essentially terminated our contract without notice, we also will not be bound by the terms of any of the single or combined provisions thereof.

You are also notified that our standard storage rate now applies, and is effective from the date of repossession through the time of presumed release or transport. Our standard storage rate is $49.00 daily per unit. In addtion, Credit Acceptance is being assessed additional fees in relation to closed accounts, which we absorbed, during the pendency...of our contract with Credit Acceptance.

Finally, our billing does not pertain to any single vehicle or repossession upon contract termination, but rather, as a whole, theorizing that each assigned repossession is part of an entire contract.

I will be in touch with you, once a total of repossession and storage invoices are calculated. Once this is completed and the invoices are paid by CERTIFIED FUNDS, no ACH Will be accepted, we will then permit Credit Acceptance to take possession of any vehicle in our possession . I estimate that we have about 12 to 15 units currently.

Respectfully submitted,

Anthony Jones
Allied Recovery Service

Sent via the Samsung Galaxy Note® 4, an AT&T 4G LTE smartphone



EXHIBIT B