**From:** Anthony Jones-Devenuta [mailto:alliedrecovery@live.com]
**Sent:** Friday, January 22, 2016 2:29 PM
**To:** Crystal Watkins
**Subject:** Legal Update (2)

THE Close Fees: $33,700.00

Outstanding Repossession Fees & Storage have not posted yet, when they do, I'll email you. The storage fees will need to be updated daily.

In addition, a multitude of consumers have submitted CFPB complaints against CAC as well as State level merchandising complaints . We will, as they become available, assist those consumers in the submission of their complaints.

By the way, I found out that you'd canceled the "inspections" yesterday. So, knowing this, you deliberately LIED to me. What could I have expected? You are WHAT you are, if you can catch my drift? 💩

Anthony Jones
Allied Recovery Service


Sent via the Samsung Galaxy Note® 4, an AT&T 4G LTE smartphone

