IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **CREDIT ACCEPTANCE CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**ALLIED AMERICAN RECOVERY, MISSOURI, LLC, ANTHONY JONES, MONTANA RECOVERY SERVICE, LLC, and GERARDO (BEN) MARQUEZ,**<br><br>Defendants. | Case No.: 6:16-cv-03036-MDH |

## ORDER

On November 1, 2016, this Court entered an order granting Plaintiff's Application for Entry of Default (Doc. 33) and directing the Clerk of the Court to enter default against Defendants Allied American Recovery, Missouri LLC, Anthony Jones, Montana Recovery Service, LLC and Gerardo Marquez. Defendants were found to be jointly and severally liable to Plaintiff in the amount of $81,401.16, including post-judgment interest at the statutory rate until paid in full. Plaintiff was ordered to submit to the Court documentation of the attorney's fees and costs it seeks in this matter. The Court further granted Plaintiff's Motions for Sanctions and Contempt and ordered Defendants to pay Plaintiff's attorney's fees and costs associated with its efforts to investigate and locate the vehicles and prepare its motions in Court. Plaintiff was ordered to submit to the Court documentation of the attorney's fees and costs it seeks pursuant to the Motions for Sanctions and Contempt. Finally, the Court granted Plaintiff's motion for a writ of replevin. (Doc. 52). On November 2, 2016, the clerk entered default consistent with the Court's Order. (Doc. 53).

1

To date, no other filings have been entered by the parties. The record reflects mail has been returned undeliverable with regard to defendants Marquez and Jones. After reviewing the record before the Court, the Court hereby **ORDERS** that the parties provide the Court with an update regarding the current status of this litigation. Plaintiff is hereby ordered to submit any documentation of attorney's fees and costs it seeks with regard to the Court's prior Order. The parties are further **ORDERED** to provide the Court with information regarding whether a final judgment may be entered by this Court. The status report should be filed with the Court within 20 days of the date of this Order.

 IT IS SO ORDERED.

Dated: October 5, 2017

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**United States District Judge**